IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAQUAN WILLIAMS, | : | |
| Plaintiff | : | No. 2:22-CV-1041 |
| | : | |
| v. | : | Judge Lenihan |
| | : | |
| CHAD KC KRUMPE *and* CHRISTOHER J. ROBBINS, | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

**DEFENDANTS NOTICE OF COMPLIANCE**
**WITH COURT ORDER [ECF 20]**

This Notice serves to inform the Court that on February 27, 2023, Counsel for the Defendants submitted the following documents to Plaintiff, Laquan Williams (#41360), in accordance with the Court's Case Management Order [ECF 20] dated, February 2, 2023.

Pursuant to the Case Management Order [ECF 20], Defendants provided the following:

1. PSP Report: PA 2020 – 1013698

2. PSP Video: PA 2020 – 1013698

3. Investigation: PA 2020 – 1013698

4. Notice of Findings: PA 2020 – 1013698

5. Krumpe General Investigation Report: IAD #2020 – 0985

6. Interview Transcript with Trooper Krumpe – *re* IAD #2020 – 0985

7. Interview clip with Cpl. Robbins

8. Interview clip with Trooper Krumpe

                              Respectfully submitted,

                              Michelle A. Henry
                              Acting Attorney General

                      By:   *s/ Annamarie Truckley*
                              ANNAMARIE TRUCKLEY

| | |
|---|---|
| Office of Attorney General | Deputy Attorney General |
| 1251 Waterfront Place | Attorney ID 320474 |
| Mezzanine Level | |
| Pittsburgh, PA 15222 | KAREN M. ROMANO |
| Phone: (412) 565-7653 | Chief Deputy Attorney General |
| | Civil Litigation Section |
| atruckley@attorneygeneral.gov | |
| Date:  February 27, 2023 | Counsel for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| LAQUAN WILLIAMS, | : | | |
| Plaintiff | : | No.  2:22-CV-1041 |
| | : | | |
| v. | : | Judge Lenihan |
| | : | | |
| CHAD KC KRUMPE *and* CHRISTOHER J. ROBBINS, | : | Electronically Filed Document |
| | : | | |
| Defendants | : | | |

**CERTIFICATE OF SERVICE**

I, Annamarie Truckley, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 27, 2023, I caused to be served a true and correct copy of the foregoing document titled *Defendants Notice of Compliance with Court Order [ECF No. 20]* to the following:

**VIA U.S. MAIL**

**Laquan Williams, #41360**
**Butler Country Prison**
**202 S Washington Street**
**Butler, PA 16001**
*Pro Se Plaintiff*

           *s/ Annamarie Truckley*
           ANNAMARIE TRUCKLEY
           Deputy Attorney General