IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAQUAN WILLIAMS, | : | |
| Plaintiff | : | |
| | : | No. 2:22-cv-1041 |
| v. | : | |
| | : | Judge Horan |
| CHAD KC KRUMPE *and* CHRISTOPHER J. ROBBINS, | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

**DECLARATION**

AND NOW, comes the Defendants, CHAD KC KRUMPE and CHRISTOPHER J. ROBBINS, by and through their Attorney, Dalia A. Aboraya, Deputy Attorney General, and the Pennsylvania Office of Attorney General, and respectfully files the within Declaration pursuant to [ECF 43], and avers as follows:

1. An Initial Video Post-Discovery Status conference was held on October 5, 2023. [ECF 41].

2. During the Status Conference, the Honorable Judge Marilyn J. Horan, United States District Judge, inquired as to Defendants willingness to proceed with mediation.

3. After inquiring as to Defendants willingness to proceed with mediation, Defendants do not wish to proceed with mediation at this time.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

By: *s/ Dalia A. Aboraya*
DALIA A. ABORAYA

| | |
|---|---|
| **Office of Attorney General**<br>**1251 Waterfront Place**<br>**Mezzanine Level**<br>**Pittsburgh, PA 15222**<br>**Phone: (412) 565-7653** | **Deputy Attorney General**<br>**Attorney ID 328038** |

**daboraya@attorneygeneral.gov**

**Date:  October 26, 2023**

**CERTIFICATE OF SERVICE**

I, Dalia A. Aboraya, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 26, 2023, I caused to be served a true and correct copy of the foregoing document titled DECLARATION to the following:

**VIA U.S. MAIL**

**LAQUAN WILLIAMS**
**41360**
**CCA Holding Facility**
**2240 Hubbard Road**
**Youngstown, OH 44505**
*Pro Se Plaintiff*

By: *s/ Dalia A. Aboraya*
**DALIA A. ABORAYA**